No. 598, Misc., October Term, 1964. WILLIAMSON ET AL. *v.* GILMER ET AL., 379 U. S. 955. Motion to recall and amend order of this Court of January 18, 1965, denied. THE CHIEF JUSTICE, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 1. ANDERSON *v.* KENTUCKY. Ct. App. Ky. Motion for restraining order presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. [For earlier orders herein, see, *e. g.,* 371 U. S. 886 and 937.]

No. 910. ALLIED CHEMICAL & ALKALI WORKERS OF AMERICA, LOCAL UNION No. 1 *v.* PITTSBURGH PLATE GLASS CO., CHEMICAL DIVISION, ET AL.; and

No. 961. NATIONAL LABOR RELATIONS BOARD *v.* PITTSBURGH PLATE GLASS CO., CHEMICAL DIVISION, ET AL. C. A. 6th Cir. [Certiorari granted, 401 U. S. 907.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Respondents likewise allotted 15 additional minutes for oral argument.

No. 1159. SUPERINTENDENT OF INSURANCE OF NEW YORK *v.* BANKERS LIFE & CASUALTY CO. ET AL. C. A. 2d Cir. [Certiorari granted, 401 U. S. 973.] Motion of the Solicitor General for leave to permit the Securities and Exchange Commission to participate in oral argument as *amicus curiae* in support of petitioner granted, and 15 minutes allowed for this purpose. Respondents allotted 15 additional minutes for oral argument.

No. 1454. PICARD *v.* CONNOR. C. A. 1st Cir. [Certiorari granted, *ante,* p. 942.] Motion for appointment of counsel granted. It is ordered that James J. Twohig, Esquire, of South Boston, Massachusetts, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.